DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES SCHNEIDER,**
Appellant,

v.

**GRACE NORWICH,**
Appellee.

No. 4D2023-0344

[April 25, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 502019CA005096.

Steven M. Selz of Selz & Muvdi Selz, P.A., Jupiter, and Thomas J. Ali of Thomas J. Ali, P.A., Palm Beach Gardens, for appellant.

Gary J. Nagle and Joe Stern of the Law Office of Gary J. Nagle, Juno Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***